## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ANTHONY MILONE,** | )<br>) |
| **Plaintiff,** | )<br>)   Case No.  8:06cv18 |
| vs. | )<br>)   **SCHEDULING ORDER** |
| **XCEL ENERGY, INC.,** | )<br>) |
| **Defendant.** | ) |

This matter is before the court pursuant to paragraph 8(a) of the Report of Parties' Planning Conference (Filing No. 5).

**IT IS ORDERED:**

1. The parties shall select an agreed-upon mediator and inform the court of their choice by **May 17, 2006.**

2. The parties shall inform the court whether they wish to stay the case pending mediation by **May 17, 2006.**

DATED this 17th day of April, 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge