# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY L. MILONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:06CV18 |
| vs. | ) | |
| | ) | ORDER |
| EXCEL ENERGY INC., | ) | |
| | ) | |
| Defendant. | ) | |

Upon the filing of a Mediation Closure Notice [12] advising that the parties have settled all claims,

**IT IS ORDERED:**

1.   On or before **August 30, 2006**, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation), together with submitting to Judge Richard G. Kopf, at kopf@ned.uscourts.gov, a draft order which will fully dispose of the case.

2.   Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

3.   All case progression deadlines are hereby terminated upon the representation that this case is settled.

**DATED July 27, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**