IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY MILONE, ) | |
| ) | |
| Plaintiff, ) | Case No. 8:06-CV-18 |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| XCEL ENERGY, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the parties' joint stipulation (filing 14) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own fees and costs.

August 23, 2006.                                BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                United States District Judge